**No. 56161.**—Friedman Bros. et al. v. United States, protests 141747–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.